**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: September 16, 2010
Court Reporter: Janet Coppock                          Time: 5 hours and 42 minutes

---

**CASE NO.  10-cv-01857-PAB-KMT**

Parties                                                          Counsel

**JOELLE RIDDLE,
GARY HAUSLER,
KATHLEEN CURRY, and
THE COMMITTEE TO ELECT
KATHLEEN CURRY,**                                   William Zimsky

                              Plaintiff (s),

vs.

**A. WILLIAM RITTER, in his official
capacity as Governor of Colorado
and
BERNIE BUESCHER, in his official
capacity as Secretary of State, State
of Colorado,**                                              Maurice Knaizer
                                                                    Matthew Grove
                                                                    Lee Anne Morrill

                              Defendant (s).

---

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

---

**8:37 a.m.        COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiffs Joelle Riddle, Kathleen Curry and Gary Hausler are present.

**Plaintiffs' Second Motion for Preliminary Injunction (Doc #7), filed 8/9/10.**

**ORDERED:**   Plaintiffs' **exhibits 1 through 24 (inclusive) and 26 through 28 (inclusive)** are ADMITTED by stipulation.

**ORDERED:**   Defendants' **exhibits A through J (inclusive), N, O, and P** are ADMITTED by stipulation.

**ORDERED:**   Defendants' Motion to Strike Affidavit of William E. Zimsky With Attachments (Doc #21), filed 9/13/10, is **DENIED as MOOT.**

**8:43 a.m.**   Direct examination of plaintiff Kathleen Curry by Mr. Zimsky.

**8:55 a.m.**   Cross examination by Mr. Knaizer.

**9:11 a.m.**   Redirect examination by Mr. Zimsky.

Witness excused.

**9:14 a.m.**   Direct examination of plaintiff Joelle Riddle by Mr. Zimsky.

**9:19 a.m.**   Cross examination by Mr. Knaizer.

**9:24 a.m.**   Redirect examination by Mr. Zimsky.

Witness excused.

**9:26 a.m.**   Direct examination of plaintiff Gary Hausler by Mr. Zimsky.

**9:26 a.m.**   Cross examination by Mr. Knaizer.

Witness excused.

**9:31 a.m.**   Direct examination of plaintiffs' witness Stephen Bouey by Mr. Zimsky.

Witness excused, subject to recall.

**9:41 a.m.**     Direct examination of defendants' witness Kathryn Mikeworth by Ms. Morrill.

**9:59 a.m.**     Cross examination by Mr. Zimsky.

**10:08 a.m.**     Redirect examination by Ms. Morrill.

Witness excused.

**10:10 a.m.**     Direct examination of defendants' witness Stephen Bouey by Ms. Morrill.

**ORDERED:**     Defendants' request that the Court take judicial notice that the 2006 General Election was held on November 7, 2006, is **GRANTED.**

**10:34 a.m.**     **COURT IN RECESS**

**10:53 a.m.**     **COURT IN SESSION**

Cross examination by Mr. Zimsky.

**11:01 a.m.**     Redirect examination by Ms. Morrill.

Witness excused.

Defendants' **exhibits K and L** identified, offered and ADMITTED, over objection by Mr. Zimsky.

**11:06 a.m.**     Direct examination of defendants' witness Ryan Call by Mr. Grove.

**11:30 a.m.**     Cross examination by Mr. Zimsky.

**11:46 a.m.**     Redirect examination by Mr. Grove.

Witness excused.

**11:48 a.m.**     **COURT IN RECESS**

**1:04 p.m.**     **COURT IN SESSION**

Direct examination of defendants' witness Thomas Rogers by Mr. Grove.

**1:17 p.m.**     Cross examination by Mr. Zimsky.

**1:21 p.m.**     Redirect examination by Mr. Grove.

Witness excused.

**1:22 p.m.**     Rebuttal examination of plaintiff Kathleen Curry by Mr. Zimsky.

**1:28 p.m.**     Cross examination by Mr. Knaizer.

**1:29 p.m.**     Redirect examination by Mr. Zimsky.

Witness excused.

**1:30 p.m.**     Argument by Mr. Zimsky.  Questions by the Court.

**2:16 p.m.**     Argument by Mr. Grove.  Questions by the Court.

**2:40 p.m.**     Rebuttal argument by Mr. Zimsky.

**2:45 p.m.**     **COURT IN RECESS**

**3:21 p.m.**     **COURT IN SESSION**

Court states its findings of fact and conclusions of law.

**ORDERED:**  Plaintiffs' Second Motion for Preliminary Injunction (Doc #7), filed 8/9/10, is **DENIED**.

Discussion regarding Defendants' Motion for Order to Certify Questions to the Colorado Supreme Court (Doc #11), filed 8/17/10.

**ORDERED:**  Mr. Zimsky's request for time to confer with his clients to determine if they plan to pursue this case on its merits is **GRANTED**.  Mr. Zimsky shall advise the Court by **Monday, September 20, 2010.**

**4:30 p.m.**     **COURT IN RECESS**

**Total in court time:        342 minutes**

**Hearing concluded**