IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01857-PAB-KMT

JOELLE RIDDLE,
GARY HAUSLER,
KATHLEEN CURRY and
THE COMMITTEE TO ELECT KATHLEEN CURRY,

    Plaintiffs,

v.

WILLIAM RITTER, in his official capacity as Governor of Colorado, and
BERNIE BUESCHER, in his official capacity as Secretary of State of
the State of Colorado,

    Defendants.

## ORDER

    This matter is before the Court on the parties' Joint Motion to Stay Proceedings Pending Certification of Question to the Colorado Supreme Court and Request to Propose Questions to be Certified to the Colorado Supreme Court [Docket No. 31], wherein the parties seek a stay of all proceedings pending determination by the Court of whether to submit a certified question to the Colorado Supreme Court regarding a potentially dispositive issue. Good cause appearing, it is

    ORDERED that the Joint Motion to Stay Proceedings Pending Certification of Question to the Colorado Supreme Court and Request to Propose Questions to be Certified to the Colorado Supreme Court [Docket No. 31] is granted. It is further

    ORDERED that all proceedings in this case, other than those referred to herein, are stayed pending further order of the Court. It is further

ORDERED that, within ten days of issuance of this Order, the parties shall each submit a brief in support of their proposed question to be certified to the Colorado Supreme Court and in opposition to the question be proposed by the opposing parties. Such briefs will be limited to ten pages in length.

DATED October 8, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge