| | |
|---|---|
| Colorado Supreme Court<br>101 West Colfax Avenue, Suite 800<br>Denver, CO 80202 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>FEB 0 8 2011<br><br>GREGORY C. LANGHAM<br>CLERK |
| Certification of Question of State Law<br>United States District Court for the District of Colorado,<br>2010CV1857-PAB-KMT | |
| **Plaintiffs:**<br><br>Joelle Riddle, Gary Hausler, Kathleen Curry, and The Committee to Elect Kathleen Curry,<br><br>v.<br><br>**Defendants:**<br><br>Bill Ritter, Jr., in his official capacity as Governor of Colorado and Bernie Buescher, in his official capacity as Secretary of State of the State of Colorado. | Supreme Court Case No:<br>2011SA12 |
| ORDER OF COURT | |

Upon consideration of the Order Certifying Question to the Colorado Supreme Court filed in the above captioned matter, and now being advised n the premises,

The Supreme Court of Colorado accepts the following question as framed by the United States District Court for the District of Colorado:

> Are C.R.S. §§ 1-45-103.7(3) and (4) consistent with Colo. Const. Art. XXVIII, §§ 3(1) and (2) to the extent that they prohibit the candidate committee of a write-in candidate, who was not on a primary election ballot, from accepting, and donors from contributing, the same aggregate amount of funds as may be contributed to or accepted by the candidate committee of a candidate who appears on both a primary and the general election ballot in the same election cycle?

IT IS ORDERED that the Defendants' opening brief is due on or before March 7, 2011. The Plaintiffs' Answer brief shall be filed within thirty days from receipt of the opening brief. The Defendants' reply brief may be filed within fourteen days from receipt of the answer brief. All briefs shall be in conformance with the Colorado Appellate Rules.

IT IS FURTHER ORDERED that pursuant to C.A.R. 21.1(e) the Plaintiffs shall pay a docket fee in the amount of $112.50.

BY THE COURT, EN BANC, FEBRUARY 4, 2011.



Case Number: 2011SA12
Caption: Riddle, Joelle v Ritter, Bill

## CERTIFICATE OF SERVICE

Copies mailed via the State's Mail Services Division on February 4, 2011.

Leeann Morrill
OFFICE OF THE ATTORNEY GENERAL
1525 Sherman Street
7th Floor
Denver, CO 80203

Matthew D Grove
COLORADO DEPARTMENT OF LAW
1525 Sherman Street
7th Floor
Denver, CO 80202

Maurice G Knaizer
OFFICE OF THE ATTORNEY GENERAL
1525 Sherman Street, 7th Floor
Denver, CO 80203

Philip A Brimmer, United States District Judge
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294

United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294

William E Zimsky
WILLIAM E. ZIMSKY, P.C.
1099 Main Ave.
Ste. 315
Durango, CO 81301