| Colorado Supreme Court<br>101 West Colfax Avenue, Suite 800<br>Denver, CO 80202 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>OCT 13 2011<br><br>GREGORY C. LANGHAM<br>CLERK |
|---|---|
| Certification of Question of State Law<br>United States District Court for the District of Colorado,<br>2010CV1857-PAB-KMT | |
| **Plaintiffs:**<br><br>Joelle Riddle, Gary Hausler, Kathleen Curry, and The Committee to Elect Kathleen Curry,<br><br>v.<br><br>**Defendants:**<br><br>John Hickenlooper, in his official capacity as Governor of Colorado and Scott Gessler, in his official capacity as Secretary of State of the State of Colorado. | Supreme Court Case No:<br>2011SA12 |
| ORDER OF COURT | |

Upon consideration of the Written and Oral Arguments of counsel in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that the Court's Order of February 4, 2011, accepting a question of law as framed by the United States District Court for the District of Colorado is VACATED. Accordingly, the Court respectfully declines to answer the question. This matter is returned to the United States District Court for the District of Colorado.

BY THE COURT, EN BANC, OCTOBER 11, 2011.
JUSTICE MÁRQUEZ does not participate.





Case Number: 2011SA12
Caption: Riddle, Joelle v Hickenlooper, John

## CERTIFICATE OF SERVICE

Copies mailed via the State's Mail Services Division on October 11, 2011.

John W Suthers
Leeann Morrill
Matthew D Grove
Office of the Attorney General
1525 Sherman Street
7th Floor
Denver, CO 80203

Maurice G Knaizer
OFFICE OF THE ATTORNEY GENERAL
1525 Sherman Street, 7th Floor
Denver, CO 80203

Philip A Brimmer, United States District Judge
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294

United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294

William E Zimsky
WILLIAM E. ZIMSKY, P.C.
1099 Main Ave.
Ste. 315
Durango, CO 81301