IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01857-PAB-KMT

JOELLE RIDDLE,
GARY HAUSLER,
KATHLEEN CURRY, and
THE COMMITTEE TO ELECT KATHLEEN CURRY,

    Plaintiffs,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado, and
SCOTT GESSLER, in his official capacity as Secretary of State of the State of
Colorado,

    Defendants.

## ORDER LIFTING STAY

    This matter is before the Court on the October 11, 2011 Order of Court of the Supreme Court for the State of Colorado, filed as Docket No. 44.  The Colorado Supreme Court has declined to answer this Court's Order Certifying Question to the Colorado Supreme Court [Docket No. 39].  As a result, there is no longer any good cause to stay proceedings in this case.

    Accordingly, it is

    **ORDERED** that the Order granting the Joint Motion to Stay Proceedings Pending Certification of Question to the Colorado Supreme Court and Request to Propose Questions to be Certified to the Colorado Supreme Court [Docket No. 32] is **VACATED.** It is further

**ORDERED** that the parties shall file status reports on or before November 8, 2011 regarding what deadlines should be set in this matter.

DATED October 18, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge