IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01857–PAB–KMT

JOELLE RIDDLE,
GARY HAUSLER,
KATHLEEN CURRY, and
THE COMMITTEE TO ELECT KATHLEEN CURRY,

      Plaintiffs,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado, and
SCOTT GESSLER, in his official capacity as Secretary of State of the State of Colorado,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to File Second Amended Complaint for Declaratory and Injunctive Relief" (Doc. No. 55, filed January 12, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file the "First Amended Complaint for Declaratory and Injunctive Relief" (Doc. No. 55-1).

Dated: January 19, 2012