IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01857–PAB–KMT

JOELLE RIDDLE,
GARY HAUSLER,
KATHLEEN CURRY,
THE COMMITTEE TO ELECT KATHLEEN CURRY, and
THE LIBERTARIAN PARTY OF COLORADO,

      Plaintiffs,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado, and
SCOTT GESSLER, in his official capacity as Secretary of State of the State of Colorado,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Unopposed Motion for Withdrawal of Counsel" (#87, filed December 31, 2012). Being otherwise fully advised, it is hereby ORDERED that the Motion (#87) is GRANTED. Attorney Maurice G. Knaizer is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Knaizer from the electronic certificate of mailing.

Dated: January 2, 2013