**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-01857-PAB-KMT

JOELLE RIDDLE,
GARY HAUSLER,
KATHLEEN CURRY,
THE COMMITTEE TO ELECT KATHLEEN CURRY, and
THE LIBERTARIAN PARTY OF COLORADO,

      Plaintiffs,

v.

JOHN HICKENLOOPER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF COLORADO, and
SCOTT GESSLER, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF COLORADO,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order of Judge Philip A. Brimmer entered on February 27, 2013 it is

      ORDERED that Defendants John Hickenlooper and Scott Gessler's Motion for Summary Judgment [Docket No. 70] is GRANTED. It is further

      ORDERED that final judgment is hereby entered in favor of  Defendants John Hickenlooper and Scott Gessler, in their official capacities as Governor and Secretary of State of Colorado, respectively.  It is further

      ORDERED that within 14 days of the entry of judgment, defendants may have

their costs by filing a bill of costs with the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that the First Amended Complaint and this civil action are dismissed, and this case is CLOSED.

Dated at Denver, Colorado, this ___27th___ day of February 2013.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk